# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN JANIK

NO. 2023 KW 0248

**MARCH 17, 2023**

---

In Re:    State of Louisiana, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 22-WFLN-125.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT